IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DALE F MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF PORT ORCHARD,<br><br>　　　　　Defendants. | NO. 3:22-cv-05842-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff and Defendant by and through Defendant's counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this 20th day of December, 2022　　　Dated this 20th day of December, 2022

DALE F MORRIS, PRO SE　　　　　　　　　INSLEE BEST DOEZIE & RYDER,


*/s/ Dale F. Morris – approved by email*　　　*/s/ Jackson B. Marchant*
Dale F. Morris, pro se　　　　　　　　　　　Jackson B. Marchant, WSBA #56868
Plaintiff　　　　　　　　　　　　　　　　　Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - Page 1
3:22-cv-05842-JHC
1748703.1 - 366922 -0046

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to either party.

DONE this 20th day of December, 2022.

*(signature)*

John H. Chun
United States District Judge

*Presented by:*

INSLEE BEST DOEZIE & RYDER, P.S.

*/s/ Jackson B. Marchant*
Jackson B. Marchant, WSBA #56868
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
Phone: 425-450-1234
Email: jmarchant@insleebest.com
*Attorneys for Defendant*

*Approved for Entry, Notice of Presentation Waived:*

DALE F MORRIS, PRO SE

*/s/ Dale F. Morris – approved by email*
Dale F. Morris, pro se
4655 Geiger Rd SE
Port Orchard, WA 98366
Phone: 360-876-8282
Email: dalemorris@wavecable.com
*Plaintiff*

STIPULATION AND ORDER OF DISMISSAL - Page 2
3:22-cv-05842-JHC
1748703.1 - 366922 -0046

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com